IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00392-CMA-MEH

COMPANION PROPERTY & CASUALTY INSURANCE COMPANY,

   Plaintiff,

v.

SHANER LIFE SAFETY, LLC, and
DEBORAH SHANER,

   Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 20), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

   DATED:  January ___30___, 2015

                                                          BY THE COURT:

                                                          *(signature)*
                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge